IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARL MAY, Individually, and as Admin. of the Estate of Terrell Mitchell, Deceased, et al.,<br><br>*Plaintiff*<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>*Defendants.* | Case No. 2:22-cv-02073-JDW |

## ORDER

AND NOW, this 2nd day of November, 2022, upon consideration of Plaintiff Karl May's Motion To Amend Complaint Pursuant To F.R.C.P. 15 (ECF No. 14), it is **ORDERED** that the motion is **GRANTED** as unopposed pursuant to Local Rule 7.1(c). It is **FURTHER ORDERED** that all claims against Defendant Southeastern Pennsylvania Transportation Authority are **DISMISSED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.